UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, Attorney
116 North 2nd Street
Camden, NJ 08102
Attorney for the Debtor

In Re: Khary A. Kirkland
46 Sunflower Lane
Willingboro, NJ 08046

Case No.: 24-10107
Chapter: 13
Adv. No.:
Hearing Date: 6-5-2024
Judge: CMG

## CERTIFICATION OF SERVICE

1. I, Charles Izzo :

☒ represent the Debtor in this matter.

☐ am the secretary/paralegal for ________, who represents ________ in this matter.

☐ am the ________ in this case and am representing myself.

2. On April 17, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

______ Notice of Motion to with all attachments.

X Other: Ch. 13 Plan + Plan Transmittal letter.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 4-17-24

/s/Charles M. Izzo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sally Beltran, B/R Westlake Financial 4751 Wilshire Blvd 100 Los Angeles, CA 90010 | Affected Creditor as filed | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other Cert Mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-1(b)

Cjharles M. Izzo, Attorney
116 North 2nd Street
Camden, NJ 08102
856-757-0550
cminj2001@yahoo.com

In Re: Khary A. Kirkland
46 Sunflower Lane
Willingboro, NJ 08046

Case No.: 24-10107

Hearing Date: 6-5-24

Judge: CMG

## NOTICE OF CHAPTER 13 PLAN TRANSMITTAL

The enclosed ☒ plan, ☐ modified plan is proposed by the debtor and was filed on 1-8-24. It has been served on you because the plan contains motions that may adversely affect your interest.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. This plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

☐ **Real Property:**

The debtor(s) has valued real property located at ______________________________ ______________________________ [*address*] at $______________. The debtor(s) believes the first lien on the property to be in the approximate amount of $______________

[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) comparative market analysis; (b) broker price opinion; (c) appraisal; or (d) other: ______________________, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

☑ **Personal Property:**

The debtor(s) has valued personal property described as: 2014 Dodge Charger 150,000K Miles at $ 5,000.00.
The debtor(s) believes the lien on the property to be in the approximate amount of $ 9,871.54
[*insert other liens as appropriate*]. As such, the debtor(s) believes there is inadequate equity available to satisfy your lien and seeks through the plan to reduce, modify or eliminate your lien.

The debtor's valuation of the property is based on: (a) broker price opinion; (b) appraisal; or (c) other: Kelly Blue Book, a copy of which is attached. All forms of relief sought by motion appear in Part 7 of the plan.

The Confirmation Hearing is scheduled for 6-5-24 at 10AM.
Objections to any relief sought in the plan, including relief sought by motion, must be filed with the Clerk of the Bankruptcy Court no later than 7 days prior to the confirmation hearing.

YOU SHOULD CONSULT WITH AN ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

Home > What's My Car Worth? > Category & Style > Options > Offer Options > Condition > SE Sedar

Advertisement

My Car's Value

# 2014 Dodge Charger SE Sedan 4D

Print

4.6 (273 Ratings) Write a review

Save this car Create a free account for quicker access to saved cars, recall alerts and more.

Recalls: **11 Recalls Found**
Is my car affected?

Repair Estimator: **See Pricing**
What's a fair price?

**Options** Next Steps

1 **Your Options**

Instant Cash Offer **Trade-in** Private Party Donate Your Car

Save this car

Advertisement

Trade-in Range
**$2,802 - $4,521**

Trade-in Value
**$3,662**

Important info & definitions

Value valid as of **04/17/2024**

**Factors That Impact Value**

Check that yours are correct below.

Mileage: **160,000** ZIP Code: **08016**

Condition
Fair

Edit Options

**Instant Cash Offer**

Instant Cash Offer Advantages

- Get your Instant Cash Offer online
- Redeem it at a Participating Dealer
- Get cash for your car or trade it in today

**Get Offer**

Advertisement